No. 634. AMERICAN STEVEDORES, INC., *v.* SHENKER ET AL. C. A. 2d Cir. Certiorari denied. *George J. Conway* and *Michael J. Kenny* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *David L. Rose* for the United States; and *Jacob D. Fuchsberg* for Shenker, respondents.

No. 642. BURNS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Hilton R. Carr, Jr., Herbert A. Warren, Jr.* and *O. B. Cline, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 653. LaRUE ET UX. *v.* UDALL, SECRETARY OF THE INTERIOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David Ginsburg, Leonard N. Bebchick* and *Alan L. Reinstein* for petitioners. *Solicitor General Cox, Roger P. Marquis* and *Edmund B. Clark* for the Secretary of the Interior; and *Charles Pickett* and *Warren E. Baker* for North American Aviation, Inc., respondents.

No. 664. WESTERN FRUIT GROWERS SALES Co. *v.* FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied. *James M. Dale* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Elliott Moyer* and *James McI. Henderson* for respondent.

No. 671. ELBERT MOORE, INC., *v.* GREEN, COMPTROLLER OF FLORIDA, ET AL. District Court of Appeal of Florida, First Appellate District. Certiorari denied. *John R. Lawson, Jr.* for petitioner.